**Lillie M. MIDDLEBROOKS,**
Petitioner,

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2014–3161.

United States Court of Appeals, Federal Circuit.

Sept. 3, 2014.

Lillie M. Middlebrooks, Fairfax, VA, pro se.

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Department of Justice, Washington, DC, for Respondent.

**ORDER**

Upon consideration of Lillie M. Middlebrooks' USERRA Notification Form,

IT IS ORDERED THAT:

Middlebrooks is not required to pay the court's filing fee.